B6B (Official Form 6B) (12/07)

In re   **Jeffrey A. Gitlin**                                                    ,     Case No.   **13-11072**
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture** | - | 11,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Artwork** | - | 3,000.00 |
| 6. Wearing apparel. | | **Clothing** | - | 800.00 |
| 7. Furs and jewelry. | | **Wedding Ring, Necklaces, Watches** | - | 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > (Total of this page) | **16,800.00** |
|---|---|---|

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jeffrey A. Gitlin**                                            ,        Case No.  **13-11072**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 50% Ownersip in Tony n' Tina's Wedding Co., LLC | - | 0.00 |
| | | 100% Ownership Sanford Productions, LLC | - | 0.00 |
| | | 33.33% Ownership in A Large Dog, LLC | - | 0.00 |
| | | 33.33% Ownership in Tony N' Tina's Ballys, LLC | - | 0.00 |
| | | 50% Ownership in Missouri Paradise Activity Co., LLC | - | 0.00 |
| | | 50% Ownership in Arizona Paradise Activity Co., LLC | - | 0.00 |
| | | 100% Ownership in Jeff Gitlin Entertainment | - | 0.00 |
| | | 33.33% Ownership in Fantasy Party, LLC | - | 0.00 |
| | | 50% Ownership in California Paradise Activity Co., LLC | - | 0.00 |
| | | 50% Ownership in Hawaii Paradise Activity Co., LLC | - | 0.00 |
| | | 100% Ownership in Marchisan Productions, LLC | - | 0.00 |
| | | 275 Shares LODE | - | 505.62 |
| | | 50% Ownership in Florida Paradise Activity Co, LLC | - | 0.00 |
| | | 10,000 shares of ODT Common Stock in Orions Digital Technology | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

                                                                                         Sub-Total >        **505.62**
                                                                                  (Total of this page)

Sheet  **1**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Jeffrey A. Gitlin**, Case No. **13-11072**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Personal Injury Claim** | - | 15,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Lexus LS460** | C | 26,100.00 |
| | | | Sub-Total > (Total of this page) | 41,100.00 |

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jeffrey A. Gitlin**                                                        ,   Case No.   **13-11072**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1996 BMW 3 Series 318i** | **C** | **2,440.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **2,440.00** |
| Total > | **60,845.62** |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re   **Jeffrey A. Gitlin**  ,    Case No.   **13-11072**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property**<br>8320 Carmel Ridge Court<br>Las Vegas, Nevada 89113 | Nev. Rev. Stat. §§ 21.090(1)(l) and 115.050 | 39,766.64 | 443,374.00 |
| **Household Goods and Furnishings**<br>Furniture | Nev. Rev. Stat. § 21.090(1)(b) | 11,000.00 | 11,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>Artwork | Nev. Rev. Stat. § 21.090(1)(a) | 3,000.00 | 3,000.00 |
| **Wearing Apparel**<br>Clothing | Nev. Rev. Stat. § 21.090(1)(b) | 800.00 | 800.00 |
| **Furs and Jewelry**<br>Wedding Ring, Necklaces, Watches | Nev. Rev. Stat. § 21.090(1)(a) | 2,000.00 | 2,000.00 |
| **Stock and Interests in Businesses**<br>10,000 shares of ODT Common Stock in Orions Digital Technology | Nev. Rev. Stat. § 21.090(1)(bb) | 0.00 | Unknown |
| **Other Contingent and Unliquidated Claims of Every Nature**<br>Personal Injury Claim | Nev. Rev. Stat. § 21.090(1)(u) | 15,000.00 | 15,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>1996 BMW 3 Series 318i | Nev. Rev. Stat. § 21.090(1)(f) | 2,440.00 | 2,440.00 |
| | Total: | 74,006.64 | 477,614.00 |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt